**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8               FOR THE NORTHERN DISTRICT OF CALIFORNIA
9    IRIS BIOTECHNOLOGIES, INC.,
10            Appellant,                    No. C 12-06232 JSW
11    v.                                    **ORDER TO SHOW CAUSE**
12    HELLER EHRMAN LLP,
13            Respondent.
                                                        /
14
15          On December 7, 2012, Appellant filed its Notice of Appeal from a decision of the

16    Bankruptcy Court.  On that same day, the Court issued a scheduling order, in which it advised

17    the parties' that appellant's brief was due 28 days after the record on appeal had been entered

18    on the District Court docket.  (Docket No. 2.)  The record on appeal was entered on the District

19    Court docket on December 27, 2012.  Accordingly, Appellant's brief was due on January 4,

20    2013.  Appellant filed its brief on February 1, 2013, without an explanation for the untimely

21    filing.  Accordingly, Appellant is HEREBY ORDERED TO SHOW CAUSE why the Court

22    should accept its untimely brief.  Appellant's response to the Order to Show Cause shall be due

23    by no later than February 15, 2013.  Unless otherwise ordered by the Court, all other deadlines

24    set forth in the Scheduling Order issued on December 7, 2012 remain in place.

25          **IT IS SO ORDERED.**

26    Dated: February 6, 2013                _____
27                                           JEFFREY S. WHITE
                                             UNITED STATES DISTRICT JUDGE
28