**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IRIS BIOTECHNOLOGIES, INC.,

      Appellant,                         No. C 12-06232 JSW

   v.                                   **ORDER TO SHOW CAUSE**

HELLER EHRMAN LLP,

      Respondent.

_____/

On December 7, 2012, Appellant filed its Notice of Appeal from a decision of the Bankruptcy Court. On that same day, the Court issued a scheduling order, in which it advised the parties' that appellant's brief was due 28 days after the record on appeal had been entered on the District Court docket. (Docket No. 2.) The record on appeal was entered on the District Court docket on December 27, 2012. Accordingly, Appellant's brief was due on January 4, 2013. Appellant filed its brief on February 1, 2013, without an explanation for the untimely filing. Accordingly, Appellant is HEREBY ORDERED TO SHOW CAUSE why the Court should accept its untimely brief. Appellant's response to the Order to Show Cause shall be due by no later than February 15, 2013. Unless otherwise ordered by the Court, all other deadlines set forth in the Scheduling Order issued on December 7, 2012 remain in place.

     **IT IS SO ORDERED.**

Dated: February 6, 2013

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE