IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IRIS BIOTECHNOLOGIES, INC.,

    Appellant,

v.

HELLER EHRMAN LLP,

    Respondent.

No. C 12-06232 JSW

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

On February 6, 2013, the Court issued an Order to Show Cause relating to the timeliness of Appellant's brief. The Court has received Appellant's response to the Order to Show Cause, which correctly notes that the Record on Appeal was not entered until January 4, 2013, a fact that the Court inadvertently missed in its review of the docket. Therefore, Appellant's brief was timely, and the Court DISCHARGES the Order to Show Cause.

The Court notes, however, that in the future, all responses to Court Orders must be on pleading paper. With the exception of discovery disputes, and unless specifically ordered by the Court, the Court does not accept letter briefs.

**IT IS SO ORDERED.**

Dated: February 7, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE