IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IRIS BIOTECHNOLOGIES, INC.,

    Appellant,

v.

HELLER EHRMAN LLP,

    Respondent.

No. C 12-06232 JSW

**ORDER RE MOTION TO STRIKE**

On March 29, 2013, Respondent filed a motion to strike. The Court issues this Order to advise the parties that it will resolve that motion in conjunction with its order on the merits of the appeal.

**IT IS SO ORDERED.**

Dated: April 1, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE