IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IRIS BIOTECHNOLOGIES, INC.,

    Appellant,

v.

HELLER EHRMAN LLP,

    Respondent.

No. C 12-06232 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO STRIKE**

On March 29, 2013, Respondent filed a motion to strike. On April 1, 2013, the Court advised the parties that it would resolve that motion in conjunction with its order on the merits of the appeal, but it did not set a briefing schedule. To date, Appellant has not opposed the motion. If Appellant intends to oppose the motion, it shall file an opposition by no later than May 24, 2013, and Respondent may file a reply by no later than May 31, 2013.

**IT IS SO ORDERED.**

Dated: May 15, 2013

                                           JEFFREY S. WHITE
                                           UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRIS BIOTECHNOLOGIES, INC., | Case Number: CV12-06232 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| HELLER EHRMAN LLP, | |
| Defendant. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 15, 2013, I SERVED true and correct copies of the attached, by placing said copies in postage paid envelopes addressed to the persons hereinafter listed, by depositing said envelopes in the U.S. Mail.

U.S. Bankruptcy Court, No. District of CA
Clerk's Office (San Francisco)
235 Pine Street
P.O. Box 7341
San Francisco, CA 94120-7341

Dennis Montali
U.S. Bankruptcy Court - San Francisco
235 Pine Street, 19th Floor
San Francisco, CA 94104

Theodore D. Bolling
Bolling & Gawthrop
8880 Cal. Center Drive
Suite 190
Sacramento, CA 95826

Dated: May 15, 2013

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk