MITCH O. ONU (CA SBN 270828)
DANIEL R. STERRETT (CA SBN 260290)
LAW OFFICES OF ONU & STERRETT
505 Seaport Court, Suite 102
Redwood City, California 94063
Telephone:  (650) 299-9028
E-mail: mitch@lawofficesofmitchonu.com

Attorneys for Appellant IRIS
BIOTECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IRIS BIOTECHNOLOGIES, INC., | Case No.: CV-12-6232 (JSW) |
| Appellant, | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |
| v. | |
| HELLER EHRMAN LLP, | |
| Appellee. | |

1   TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2          PLEASE TAKE NOTICE that appellant IRIS BIOTECHNOLOGIES, INC. hereby

3   substitutes its counsel and attorneys of record in the above-captioned matter.

4          Former Counsel

5   COTCHETT, PITRE & MCCARTHY, LLP
    Joseph W. Cotchett (CA SBN 36324)
6   Aron K. Liang (CA SBN 228936)
    Brian Marcus Schnarr (CA SBN 275587)
7   Cotchett, Pitre & McCarthy, LLP
    840 Malcolm Road, Suite 200
8   Burlingame, CA 94010
    650-697-6000
9   Fax: 650-697-0577
10

11  SKAGGS FAUCETTE LLP
    Jason M. Skaggs (CA SBN 202190)
12  Jeffrey E. Faucette (CA SBN 193066)
    One Embarcadero Center, Suite 500
13  San Francisco, California 94111
    Telephone: (415) 315-1669
14  Facsimile: (415) 433-5994
    E-mail: jason@skaggsfaucette.com
15  E-mail: jeff@skaggsfaucette.com
16

17         New Counsel

18  LAW OFFICES OF ONU AND STERRETT
    Mitch O. Onu (CA SBN 270828)
19  Daniel R. Sterrett (CA SBN 260290)
    505 Seaport Court, Suite 102
20  Redwood City, CA 94063
    Telephone: (650) 299-9028
21  E-mail: mitch@lawofficesofmitchonu.com

22

23

24  Substitution Based on Consent

25         Appellant Iris Biotechnologies, Inc. respectfully submits that the proposed substitution of

26  counsel is in the interests of justice and is not made for purposes of delay or any other improper

27  purpose. The undersigned consent to the above substitution of counsel.

28

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL:          CASE NO. CV-12-6232 (JSW)

1    Dated: September **24**, 2013          IRIS BIOTECHNOLOGIES, INC.

2

3                                              By: _____
                                                    Simon Chin

4

5                                              Founder, President, and Chief
                                             Executive Officer, Iris
                                             Biotechnologies, Inc.

6

7    Dated: September 24, 2013          COTCHETT, PITRE & MCCARTHY, LLP
                                             JOSEPH W. COTCHETT

8                                              ARON K. LIANG

9                                              BRIAN MARCUS SCHNARR

10

11                                              By: _____/s/ Brian M. Schnarr_____
                                                  Brian M. Schnarr

12

13                                              Former attorneys for appellant Iris
                                             Biotechnologies, Inc.

14

15    Dated: September 24. 2013          SKAGGS FAUCETTE LLP
                                             JASON M. SKAGGS

16                                              JEFFREY E. FAUCETTE

17

18                                              By: _____/s/ Jeffrey E. Faucette_____
                                                 Jeffrey Faucette

19

20                                              Former attorneys for appellant Iris.
                                             Biotechnologies, Inc.

21

22    Dated: September 24. 2013          LAW OFFICE OF ONU AND STERRETT
                                             MITCH O. ONU

23                                              DANIEL R. STERRETT

24

25                                              By: _____/s/ Daniel Sterrett_____
                                                 Daniel Sterrett

26

27                                              Attorneys for appellant Iris.
                                             Biotechnologies, Inc.

28

IT IS SO ORDERED.


Dated: September 30 , 2013        _____
                                  HON. JEFFREY S. WHITE
                                  **United States District Judge**


**Filer's Attestation**

I, Daniel Sterrett, am the ECF User whose identification and password are being used to file this NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER.  Pursuant to General Order No. 45, ¶ X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from the counsel indicated above.

By: _____/s/_____
                   Daniel Sterrett

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL:        CASE NO. CV-12-6232 (JSW)