```
MITCH O. ONU (CA SBN 270828)
DANIEL R. STERRETT (CA SBN 260290)
LAW OFFICES OF ONU & STERRETT
505 Seaport Court, Suite 102
Redwood City, California 94063
Telephone: (650) 299-9028
E-mail: mitch@lawofficesofmitchonu.com

Attorneys for Appellant IRIS
BIOTECHNOLOGIES, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IRIS BIOTECHNOLOGIES, INC., <br><br> Appellant, <br><br> v. <br><br> HELLER EHRMAN LLP, <br><br> Appellee. | Case No.: CV-12-6232 (JSW) <br><br> **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that appellant IRIS BIOTECHNOLOGIES, INC. hereby substitutes its counsel and attorneys of record in the above-captioned matter.

Former Counsel

COTCHETT, PITRE & MCCARTHY, LLP
Joseph W. Cotchett (CA SBN 36324)
Aron K. Liang (CA SBN 228936)
Brian Marcus Schnarr (CA SBN 275587)
Cotchett, Pitre & McCarthy, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
650-697-6000
Fax: 650-697-0577

SKAGGS FAUCETTE LLP
Jason M. Skaggs (CA SBN 202190)
Jeffrey E. Faucette (CA SBN 193066)
One Embarcadero Center, Suite 500
San Francisco, California 94111
Telephone: (415) 315-1669
Facsimile: (415) 433-5994
E-mail: jason@skaggsfaucette.com
E-mail: jeff@skaggsfaucette.com

New Counsel

LAW OFFICES OF ONU AND STERRETT
Mitch O. Onu (CA SBN 270828)
Daniel R. Sterrett (CA SBN 260290)
505 Seaport Court, Suite 102
Redwood City, CA 94063
Telephone: (650) 299-9028
E-mail: mitch@lawofficesofmitchonu.com

Substitution Based on Consent

Appellant Iris Biotechnologies, Inc. respectfully submits that the proposed substitution of counsel is in the interests of justice and is not made for purposes of delay or any other improper purpose. The undersigned consent to the above substitution of counsel.

---

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL:   CASE NO. CV-12-6232 (JSW)

| | | |
|---|---|---|
| 1 | Dated: September **24**, 2013 | IRIS BIOTECHNOLOGIES, INC. |
| 2 | | |
| 3 | | By: /s/ Simon Chin |
| | | Simon Chin |
| 4 | | |
| 5 | | Founder, President, and Chief Executive Officer, Iris Biotechnologies, Inc. |
| 6 | | |
| 7 | Dated: September 24, 2013 | COTCHETT, PITRE & MCCARTHY, LLP |
| | | JOSEPH W. COTCHETT |
| 8 | | ARON K. LIANG |
| | | BRIAN MARCUS SCHNARR |
| 9 | | |
| 10 | | |
| 11 | | By: /s/ Brian M. Schnarr |
| | | Brian M. Schnarr |
| 12 | | |
| 13 | | Former attorneys for appellant Iris Biotechnologies, Inc. |
| 14 | | |
| 15 | Dated: September 24. 2013 | SKAGGS FAUCETTE LLP |
| | | JASON M. SKAGGS |
| 16 | | JEFFREY E. FAUCETTE |
| 17 | | |
| 18 | | By: /s/ Jeffrey E. Faucette |
| | | Jeffrey Faucette |
| 19 | | |
| 20 | | Former attorneys for appellant Iris. Biotechnologies, Inc. |
| 21 | | |
| 22 | Dated: September 24. 2013 | LAW OFFICE OF ONU AND STERRETT |
| | | MITCH O. ONU |
| 23 | | DANIEL R. STERRETT |
| 24 | | |
| 25 | | By: /s/ Daniel Sterrett |
| | | Daniel Sterrett |
| 26 | | |
| 27 | | Attorneys for appellant Iris. Biotechnologies, Inc. |
| 28 | | |

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL:     CASE NO. CV-12-6232 (JSW)

1  IT IS SO ORDERED.
2
3
   Dated: September 30, 2013                    _____/s/ Jeffrey S. White_____
4                                               HON. JEFFREY S. WHITE
                                                United States District Judge
5
6
7
8                         **Filer's Attestation**
9
10      I, Daniel Sterrett, am the ECF User whose identification and password are being used to
11 file this NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND
12 [PROPOSED] ORDER.  Pursuant to General Order No. 45, ¶ X(B), I attest under penalty of
13 perjury that concurrence in the filing of the document has been obtained from the counsel
   indicated above.
14
15
                                          By: _____/s/_____
16                                              Daniel Sterrett
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL:       CASE NO. CV-12-6232 (JSW)